```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANELYS HERNANDEZ,

                  Plaintiff,

      - against -

FOR LOVE AND LEMONS, LLC,

                  Defendant.
------------------------------------------------------------X

23-CV-2509 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By July 21, 2023, Plaintiff's counsel shall show cause by submission of a letter as to why he should not be sanctioned for failing to appear at the initial pre-trial conference held on July 14, 2023 at 9:30 a.m. as previously noticed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2023
       New York, New York

Copies transmitted this date to all counsel of record.