UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Janelys Hernandez, on behalf of herself
and all others similarly situated,

                    Plaintiffs,

        -against-

For Love and Lemons, LLC
                    Defendant.
------------------------------------------------------------x

Case No.: 1:23-cv-02509-PAE-RWL

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Janelys Hernandez ("Plaintiff") and For Love and Lemons, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: October 26, 2023

| | |
|---|---|
| The Law Office of Noor A. Saab, Esq. | BLANKROME LLP |
| By: /s/ Noor A. Saab | By: |
| Noor A. Saab Esq. | Martin S. Krezalek, Esq. |
| *Attorney for Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 1271 Avenue of the Americas |
| Jericho, New York 11753 | New York, NY 10020 |
| Tel: 718-740-5060 | Tel: 212.885.5336 |
| Email: noorasaablaw@gmail.com | Email: martin.krezalek@blankrome.com |

SO ORDERED:

Dated: _____, 2023

                                                                       _____
                                                                       United States District Judge